AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Kenny Smith ) | Case No: 5:01CR50021-001 |
| ) | USM No: 05313-010 |
| Date of Previous Judgment: 04/16/2002 ) | James Pierce |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  100 months  months **is reduced to**  84 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 100 to 120 months | Amended Guideline Range: | 84 to 105 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

## III. ADDITIONAL COMMENTS

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 21 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

Except as provided above, all provisions of the judgment dated  04/16/2002  shall remain in effect.
**IT IS SO ORDERED.**
Order Date:  3/21/08                              _____
                                                                                            Judge's signature

Effective Date: _____              Jimm Larry Hendren, Chief U.S. District Judge
(if different from order date)                                Printed name and title