## UNITED STATES DISTRICT COURT
Western District of Arkansas
### U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

December 30, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

      **RE:**    **SMITH, Kenny**
                Docket No.: 5:01CR50021-001
                **TRANSFER OF JURISDICTION REQUEST (OUT)**

Dear Judge Hendren:

As you may recall, Kenny Smith was sentenced by Your Honor on April 16, 2002, for Possession with Intent to Distribute Five (5) Grams or more of Cocaine Base, to 100 months of imprisonment, 5 years of supervised release, $1,000 fine, $100 special assessment, and special conditions to include drug testing, and a search condition. On March 21, 2008, Your Honor ordered a reduction in Smith's term of imprisonment to 84 months pursuant to an amended guideline.

On May 16, 2008, Smith was released from imprisonment and has been living and working in Memphis, Tennessee. On December 16, 2008, our office received a letter from the probation office in the Western District of Tennessee. In this letter, the Western District of Tennessee advised that Smith plans on remaining in their district, and they requested a transfer of jurisdiction be initiated.

If Your Honor is in agreement with transferring jurisdiction of this case to the Western District of Tennessee, please find attached the Transfer of Jurisdiction forms.   If further information is needed or required, please advise.

Respectfully submitted,

*Trent M. Thompson* (signature)
Trent M. Thompson
U.S. Probation Officer

    ✔ Transfer Jurisdiction
\_\_\_\_ Keep Jurisdiction
\_\_\_\_ Other _____

Reviewed by:

*William E. Dunn Jr.* (signature)
William E. Dunn Jr.
Supervising U.S. Probation Officer

_____   12/31/08
Honorable Jimm Larry Hendren            Date
Chief U.S. District Judge